1  James A. Dumas, Jr. (SBN 76284)
   Christian T. Kim (SBN 231017)
2  DUMAS & KIM, APC
   3435 Wilshire Boulevard
3  Suite 990
   Los Angeles, California 90010
4  Phone:   213-368-5000
   Fax:     213-368-5009
5
   Attorneys for Plaintiff and Chapter 7 Trustee
6  Carolyn A. Dye

7              UNITED STATES BANKRUPTCY COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9                  LOS ANGELES DIVISION

10

11  In re:                              Case No.: 2:18-bk-24340-BB

12  SEDA BEDERIAN,                      [Chapter 7]

13           Debtor.                    [Honorable Sheri Bluebond]

14                                      Adversary No.: 2:19-ap-01190-BB

15  ─────────────────────────────

16  CAROLYN A. DYE, Chapter 7 trustee,  **PROOF OF SERVICE OF 1) SUMMONS
                                        AND NOTICE OF STATUS
17           Plaintiff,                 CONFERENCE IN ADVERSARY
                                        PROCEEDING; AND 2) COMPLAINT TO
18           vs.                        AVOID AND RECOVER FRAUDULENT
                                        TRANSFER**
19
    RAFI BEDERIAN, an individual,
20                                      **[11. U.S.C. §§ 544, 550]**
21           Defendants.

22  ─────────────────────────────

23

24

25

26

27

28

                                    1

| In re: SEDA BEDERIAN<br>Carolyn A. Dye v. Rafi Bederian<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 2:18-bk-24340-BB<br>ADV. CASE NUMBER: 2:19-ap-01190-BB |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3435 Wilshire Blvd., Ste. 990, Los Angeles, CA 90010.

A true and correct copy of the foregoing document entitled (specify): **_Summons and Notice of Status Conference in Adversary Proceeding; and 2) Complaint to Avoid and Recover Fraudelent Transfer_** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **_June 27, 2019_**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Carolyn A Dye (TR)    trustee@cadye.com, cdye@ecf.axosfs.com;atty@cadye.com
Christian T Kim    ckim@dumas-law.com, ckim@ecf.inforuptcy.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
James A Dumas    jdumas@dumas-law.com, jdumas@ecf.inforuptcy.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) **_June 27, 2019_**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Rafi Bederian
209 Ridge Terrace Ln,
Montebello, CA 90640-2056

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **_June 27, 2019_**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
Central District of California Honorable Sheri Bluebond
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **_June 27, 2019_** | Danielle M. Landeros | /s/ _Danielle M. Landeros_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Christian T Kim<br>Dumas & Assoc<br>3435 Wilshire Blvd Ste 990<br>Los Angeles, CA 90010<br><br>213-368-5000<br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| In re:<br><br>Seda Bederian<br><br><br>Debtor(s). | CASE NO.: 2:18-bk-24340-BB<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 2:19-ap-01190-BB |
|---|---|
| Carolyn A. Dye<br><br>Plaintiff(s)<br><br>Versus<br><br>Rafi Bederian<br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is **07/26/2019.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| | |
|---|---|
| **Date:** | **August 27, 2019** |
| **Time:** | **02:00 PM** |
| **Hearing Judge:** | **Sheri Bluebond** |
| **Location:** | **255 E Temple St., Crtrm 1539, Los Angeles, CA 90012** |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**You must comply with LBR 7016−1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court−approved joint status report form is available on the court's website (LBR form F 7016−1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016−1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL
CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: <u>June 26, 2019</u>

By: <u>    "s/" Wendy Ann Jackson    </u>

Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                Page 2                        **F 7004−1.SUMMONS.ADV.PROC**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:

_____

_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| _____ | _____ | _____ |
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                        **F 7004-1.SUMMONS.ADV.PROC**

Case 2:19-ap-01190-BB    Doc 2    Filed 06/26/19    Entered 06/26/19 14:21:02    Desc
Main Document      Page 1 of 2

# FREE LEGAL HELP

A creditor has sued you in bankruptcy court. You were served with a Summons and Complaint, and you must now file an Answer. If you do not file an Answer on time, the court may enter a default judgment against you. This means that your debt may not be discharged and you will be responsible for paying it back.

## IF YOU CAN NOT AFFORD AN ATTORNEY, FREE LEGAL HELP MAY BE AVAILABLE.

For more information, call:

## Public Counsel's

## Debtor Assistance Project Hotline

## (213) 385-2977, ext. 704



**35TH ANNIVERSARY**

THE PUBLIC INTEREST LAW OFFICE OF THE LOS ANGELES COUNTY AND BEVERLY HILLS BAR ASSOCIATIONS

# AYUDA LEGAL GRATUITA

Su acreedor le ha demandado en la corte de bancarrota. Usted recibió la demanda, llamada "Summons" y "Complaint." Usted debe archivar una respuesta a la demanda en la corte. Si no archiva la respuesta a tiempo, la corte puede decidir en su contra. Si eso sucede, la deuda no se descargará en su caso de bancarrota y Usted será responsable por pagar al acreedor.

## SI LE FALTAN RECURSOS PARA CONTRATAR A UN ABOGADO, LLAME A LA LINEA DE AYUDA LEGAL GRATUITA.

Para mas información, llame al:

**Proyecto de Ayuda al Deudor
de
Public Counsel**

**(213) 385-2977, ext. 704**



**35TH ANNIVERSARY**
THE PUBLIC INTEREST LAW OFFICE OF THE LOS ANGELES COUNTY AND BEVERLY HILLS BAR ASSOCIATIONS

1
James A. Dumas, Jr. (SBN 76284)
Christian T. Kim (SBN 231017)
2
DUMAS & KIM, APC
3435 Wilshire Boulevard
3
Suite 990
Los Angeles, California 90010
4
Phone:   213-368-5000
Fax:      213-368-5009
5
Attorneys for Plaintiff and Chapter 7 Trustee
6
Carolyn A. Dye

7

8                    **UNITED STATES BANKRUPTCY COURT**

9                     **CENTRAL DISTRICT OF CALIFORNIA**

10                          **LOS ANGELES DIVISION**

11

12  | In re: | Case No.: 2:18-bk-24340-BB |
    | SEDA BEDERIAN, | [Chapter 7] |
13  | Debtor. | [Honorable Sheri Bluebond] |
14  | | Adversary No.: |
15

16  | CAROLYN A. DYE, Chapter 7 trustee, | **COMPLAINT TO AVOID AND RECOVER FRAUDULENT TRANSFER.** |
17  | Plaintiff, | |
18  | vs. | **[11. U.S.C. §§ 544, 550]** |
19  | RAFI BEDERIAN, an individual, | |
20
21  | Defendants. | |
22

23          COMES NOW, Plaintiff and Chapter 7 Trustee Carolyn A. Dye ("Trustee" or "Plaintiff"), as
24
and for her complaint herein, complains and alleges as follows:
25

26                                        **I.**

27                   **THE PARTIES AND JURISDICTION**

28          1.      This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§

1   1334 and 157, and this is a core proceeding under 28 U.S.C. §§ 157(b)(1), 157(b)(2)(A), or

2   157(b)(2)(H). In the event this proceeding is determined to include non-core claims for relief, the

3   Plaintiff consents to the entry of a final order or judgment by the Bankruptcy Court as to any such

4   claims. Venue in the Central District of California, Los Angeles Division (the "Bankruptcy Court"),

5   is proper pursuant to 28 U.S.C. § 1409 in that this adversary proceeding is related to the bankruptcy

6   case of Seda Bederian, bearing case number 2:18-bk-24340-BB, presently pending under Chapter 7

7   of Title 11 of the United States Code in the Bankruptcy Court. This Court has jurisdiction over this

8   adversary proceeding pursuant to 28 U.S.C. §§ 1334 and 157 because this is a civil proceeding

9   arising in and/or related to the debtor, Seda Bederian's, Chapter 7 case.

10         2.      The Plaintiff, Carolyn A. Dye is the duly appointed and acting Chapter 7 bankruptcy

11   trustee for the estate of Seda Bederian ("Debtor")

12         3.      The Plaintiff is informed and believes and thereon alleges that, defendant, Rafi

13   Bederian ("Defendant") resides in the County of Los Angeles, the son of the Debtor, and subject to

14   the jurisdiction of this Court.

15         4.      The Debtor commenced its bankruptcy case by filing a voluntary petition under

16   Chapter 7 of the Bankruptcy Code in the Bankruptcy Court, on December 10, 2018. ("Petition Date")

17

18                                              **II.**

19              **ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF**

20         5.      Plaintiff refers to the allegations set forth in paragraph 1 through 4 hereof and

21   incorporates said allegations herein as if fully set forth hereat.

22         6.      The Plaintiff is informed and believes and thereon alleges that, on or about August 31,

23   2011, the Debtor purchased the real property located at 209 Ridge Terrace Lane, Montebello,

24   California 90640 ("Property") as an unmarried woman. The Plaintiff is further informed and believes

25   and thereon alleges that the Debtor purchased the Property for the purchase price of $265,000, in

26   cash, without the use of third-party financing. (A true and correct copy of the grant deed recorded on

27   August 31, 2011 [Doc ID No. 20111182338] is attached hereto as **Exhibit "A"** and incorporated

28   herein by this reference.)

1         7.     The Plaintiff is informed and believes and thereon alleges that, on or about May 3,

2 2012, title to the Property was transferred to the Defendant for no consideration. (the "Fraudulent

3 Transfer")  (A true and correct copy of the May 3, 2012 grant deed [Doc ID No. 20120657677] is

4 attached hereto as **Exhibit "B"** and incorporated herein by this reference.)

5         8.     The Plaintiff is informed and believes and thereon alleges that at the time of the

6 Fraudulent Transfer, the Debtor was unemployed and receiving disability payments of approximately

7 $900 per month.

8         9.     The Plaintiff is informed and believes and thereon alleges that at the time of the

9 Fraudulent Transfer, the Debtor had numerous credit card debts, including for a Citi Cards account

10 ending in 5521 ("Citi Cards Account").  In her Schedules filed on December 19, 2018, the Debtor

11 listed numerous debts dating back to or before the date of the Fraudulent Transfer, including her Citi

12 Cards Account which is listed in 4.2 of her Schedule F in the amount of $43,601.

13        10.     The Plaintiff is informed and believes and thereon alleges that after the Fraudulent

14 Transfer, the Debtor made numerous additional charges to multiple credit cards, including the Citi

15 Cards Account where the Debtor made approximately $30,000 in additional charges and purchases

16 since she made the Fraudulent Transfer.  The Plaintiff is further informed and believes and thereon

17 alleges that, the Debtor knowingly and intentionally charged her credit cards beyond her ability to

18 repay knowing that she no longer owned the Property and knowing that creditors would have

19 difficulty in collecting any of her unpaid debt.

20        11.     The Plaintiff is informed and believes and thereon alleges that the Property is owned

21 free and clear without any debt secured against the Property.

22

23                                               **III.**

24                             **FIRST CLAIM FOR RELIEF**

25 **(Avoidance of Constructive Fraudulent Transfer under 11 U.S.C. §544(b) and California Civil**

26                             **Code §§ 3439.05 and 3439.07-09)**

27        12.     Plaintiff refers to the allegations set forth in paragraph 1 through 11 hereof and

28 incorporates said allegations herein as if fully set forth hereat.

1    13.    Within seven years prior to the Petition Date, the Debtor made the Fraudulent Transfer

2    to the Defendant without receiving a reasonably equivalent value in exchange.

3    14.    The Debtor was insolvent on the date of the Fraudulent Transfer or became insolvent

4    as a result of such transfer.

5    15.    The Plaintiff is informed and believes that the Defendant, did not take possession of

6    the Property in good faith and for a reasonably equivalent value, and took possession thereof with

7    knowledge of the voidability of such transfer.  Therefore, the Transfer is avoidable under Section

8    544(b) and California Civil Code sections 3439.05 and 3439.07-09.

9

10    **IV.**

11    **SECOND CLAIM FOR RELIEF**

12    **(Avoidance of Constructive Fraudulent Transfer under 11 U.S.C. §544(b) and California Civil**

13    **Code §§ 3439.04(a)(2)(B) and 3439.07-09)**

14    16.    Plaintiff refers to the allegations set forth in paragraph 1 through 11 hereof and

15    incorporates said allegations herein as if fully set forth hereat.

16    17.    Within seven years prior to the Petition Date, the Debtor made the Fraudulent Transfer

17    to the Defendant without receiving a reasonably equivalent value in exchange.

18    18.    The Debtor intended to incur, or believed or reasonably should have believed that she

19    would incur, debts beyond her ability to pay as they became due at the time of the Fraudulent

20    Transfer.

21    19.    The Plaintiff is informed and believes that the Defendant, did not take possession of

22    the Property in good faith and for a reasonably equivalent value, and took possession thereof with

23    knowledge of the voidability of such transfer.  Therefore, the Fraudulent Transfer is avoidable under

24    Section 544(b) and California Civil Code sections 3439.04(a)(2)(A) and 3439.07-09.

25    ///

26    ///

27

28

**V.**

**THIRD CLAIM FOR RELIEF**

**(Avoidance of Actual Fraudulent Transfer under 11 U.S.C. §544(b) and California Civil Code §§ 3439.04(a)(1) and 3439.07-09)**

20.    Plaintiff refers to the allegations set forth in paragraph 1 through 11 hereof and incorporates said allegations herein as if fully set forth hereat.

21.    Within seven years prior to the Petition Date, the Debtor made the Fraudulent Transfer to the Defendant with the actual intent to hinder, delay or defraud the Debtor's creditors.

22.    The Plaintiff is informed and believes that the Defendant did not take possession of the Property in good faith and for a reasonably equivalent value, and took possession thereof with knowledge of the voidability of such transfer.  Therefore, the Fraudulent Transfer is avoidable under Section 544(b) and California Civil Code sections 3439.04(a)(1) and 3439.07-09.

**VI.**

**FOURTH CLAIM FOR RELIEF**

**(Recovery of Avoided Transfer or Value Thereof Under 11 U.S.C. §550)**

23.    Plaintiff refers to the allegations set forth in paragraph 1 through 11 hereof and incorporates said allegations herein as if fully set forth hereat.

24.    Plaintiff is entitled to not only avoid the Fraudulent Transfer, but also to recover the value thereof under Section 550(a) for the benefit of the estate from the Defendant.

**VII.**

**PRAYER**

WHEREFORE, Plaintiff prays for judgment as follows:

**ON THE FIRST CLAIM FOR RELIEF:**

1.    For a judgment avoiding the Fraudulent Transfer and recovering the Debtor's interest in the Property for the benefit of the estate;

**ON THE SECOND CLAIM FOR RELIEF:**

2.　　For a judgment avoiding the Fraudulent Transfer and recovering the Debtor's interest in the Property for the benefit of the estate;

**ON THIRD CLAIM FOR RELIEF**

3.　　For a judgment avoiding the Fraudulent Transfer and recovering the Debtor's interest in the Property for the benefit of the estate;

**ON FOURTH CLAIM FOR RELIEF**

4.　　For a judgment avoiding the Fraudulent Transfer and recovering the Debtor's interest in the Property for the benefit of the estate;

**ALL CLAIMS FOR RELIEF**

5.　　For prejudgment interest;

6.　　For costs of suit; and

7.　　For such other relief as the Court deems just and proper.

Dated: June 25, 2019　　　　　　　　DUMAS & KIM, APC

By: _____
Christian T. Kim,
Attorneys for Plaintiff and Chapter 7 Trustee,
Carolyn A. Dye

# EXHIBIT "A"

# EXHIBIT "A"



**This page is part of your document - DO NOT DISCARD**



## 20111182338



**Pages:**
**0003**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**08/31/11 AT 08:00AM**

| | |
|---|---|
| FEES: | 22.00 |
| TAXES: | 291.50 |
| OTHER: | 0.00 |
| PAID: | 313.50 |



**L E A D S H E E T**



201108310120013

00004617701



003486437

**SEQ:**
**12**

**DAR - Title Company (Hard Copy)**



**THIS FORM IS NOT TO BE DUPLICATED**

T35

2

RECORDING REQUESTED BY:
LSI TITLE COMPANY

AND WHEN RECORDED MAIL TO:

SEDA BEDERIAN
209 Ridge Terrace Ln.
Montebello, CA 90640



08/31/2011

*20111182338*

THIS SPACE FOR RECORDER'S USE ONLY.

| Title Order No.: 110340157 | | Escrow No.: 113678-KS |
|---|---|---|
| | **GRANT DEED** | |



THE UNDERSIGNED GRANTOR(S) DECLARE(S)
DOCUMENTARY TRANSFER TAX is $291.50    CITY TRANSFER TAX
[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale.
[ ] Unincorporated area   [X] City of Montebello AND

(49)

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**FEDERAL NATIONAL MORTGAGE ASSOCIATION**

hereby GRANT(s) to:

**SEDA BEDERIAN**, an Unmarried Woman

the real property in the City of Montebello, County of Los Angeles, State of California, described as:
LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF
Also Known as  209 RIDGE TERRACE LN, Montebello, CA  90640
AP#: 5275-004-096

DATED August 22, 2011
STATE OF CALIFORNIA
COUNTY OF San Diego
On ___8/22/2011___
before me, ___Kelly Schepe___
A Notary Public in and for said State personally appeared
___Marlena Bradshaw___



FEDERAL NATIONAL MORTGAGE ASSOCIATION
By. McCarthy & Holthus, LLP
as its Attorney-in-fact
By. Marlena Bradshaw

who proved to me on the basis of satisfactory evidence to be
the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies),
and that by his/her/their signature(s) on the instrument the
person(s) or the entity upon behalf of which the person(s)
acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State
of California that the foregoing paragraph is true and correct
WITNESS my hand and official seal

KELLY SCHEPE
Commission # 1945716
Notary Public - California
San Diego County
My Comm. Expires Jul 28, 2015

Signature _____                         (Seal)
MAIL TAX STATEMENTS TO PARTY SHOWN BELOW; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE:

2

ORDER NO 110340157                          REFERENCE NO 1705226520

LSI TITLE COMPANY (CA)

### PRELIMINARY REPORT - CALIFORNIA
### LEGAL DESCRIPTION

### EXHIBIT "ONE" A

PARCEL 1.

THAT PORTION OF LOT 1, OF TRACT NO. 28688, IN THE CITY OF MONTEBELLO, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 854 PAGE(S) 46 TO 49 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, SHOWN AND DEFINED AS UNIT 2 ON THE REVISED CONDOMINIUM PLAN RECORDED FEBRUARY 24, 1976 AS INSTRUMENT NO. 3652.

PARCEL 2:

AN UNDIVIDED 1/55TH INTEREST IN AND TO LOT 1 OF SAID TRACT 28688.

EXCEPT THEREFROM, ALL THOSE PORTIONS SHOWN AND DEFINED AS UNITS 1 TO 55 INCLUSIVE ON SAID CONDOMINIUM PLAN.

ALSO EXCEPT THEREFROM ALL MINERALS, GAS, OIL, PETROLEUM, NAPHTHA AND OTHER HYDROCARBON SUBSTANCES, IN AND UNDER SAID LAND LYING BELOW A DEPTH OF 500 FEET FROM THE SURFACE, WITHOUT HOWEVER THE RIGHT OF SURFACE ENTRY, AS RESERVED OR EXCEPTED IN A DEED RECORDED OCTOBER 31, 1969 AS INSTRUMENT NO. 635 IN BOOK D4542 PAGE 530 OF OFFICIAL RECORDS

PARCEL 3.

AN UNDIVIDED 1/185TH INTEREST IN AND TO LOT 3 OF TRACT 28688, AS PER MAP RECORDED IN BOOK 854 PAGES 46 TO 49 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM ALL MINERALS, GAS, OIL, PETROLEUM, NAPHTHA AND OTHER HYDROCARBON SUBSTANCES, IN AND UNDER SAID LAND LYING BELOW A DEPTH OF 500 FEET FROM THE SURFACE, WITHOUT HOWEVER THE RIGHT OF SURFACE ENTRY, AS RESERVED OR EXCEPTED IN A DEED RECORDED OCTOBER 31, 1969 AS INSTRUMENT NO. 635 IN BOOK D4542 PAGE 530, OFFICIAL RECORDS.

PARCEL 4.

AN EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS AND USE OF PATIO 19, SAID EASEMENT IS FOR THE BENEFIT OF AND APPURTENANT TO PARCEL 1, 2 AND 3 ABOVE.

PARCEL 5:

A NON-EXCLUSIVE EASEMENT FOR PRIVATE DRIVEWAY PURPOSES TOGETHER WITH THE RIGHT TO GRANT TO OTHER OVER THOSE PORTIONS SHOWN AND DESIGNATED AS PRIVATE DRIVEWAY PURPOSES UPON SAID MAP OF TRACT 28688 SAID EASEMENT IS FOR THE BENEFIT OF AND APPURTENANT TO PARCELS 1, 2 AND 3 ABOVE

# EXHIBIT "B"

# EXHIBIT "B"



**This page is part of your document - DO NOT DISCARD**





# 20120657677

Pages:
0003

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**05/03/12 AT 08:00AM**

| | | |
|---|---|---|
| FEES: | 22.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 22.00 |



**L E A D S H E E T**

201205030110011

00005749982

003965012

**SEQ:**
**20**

**DAR - Title Company (Hard Copy)**

**THIS FORM IS NOT TO BE DUPLICATED**

E24971                                                           t23



05/03/2012

*2012065767*

RECORDING REQUESTED BY:

AND WHEN RECORDED MAIL TO:

Rafi Bederian
209 Ridge Terrace Lane
Montebello ca 90640

THIS SPACE FOR RECORDER'S USE ONLY:

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)**"This Conveyance is Between Parents and Children, R & T 11911."**

**DOCUMENTARY TRANSFER TAX is $NONE**

[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale.
[ ] Unincorporated area   [X] City of Montebello **AND**

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**Seda Bederian, An Unmarried Woman**

ACCOMMODATION
This document delivered to Recorder as an accommodation only at the express request of the parties hereto. It has not been examined as to its effect of validity.

hereby GRANT(s) to:

**Rafi Bederian, a Single Man**

the real property in the City of Montebello, County of Los Angeles, State of California, described as:
LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF
Also Known as:  209 RIDGE TERRACE LANE, MONTEBELLO CA 90640
AP#: 5275-004-096

"This is a bonafide gift and the grantor received nothing in return, R & T 11911 "

DATED April 26, 2012
STATE OF CALIFORNIA
COUNTY OF LOS ANGELES                          _Seda Bederian_
                                               Seda Bederian

On APRIL 26 2012
before me, M. MOURADIAN
A Notary Public in and for said State personally appeared
SEDA BEDERIAN

who proved to me on the basis of satisfactory evidence to be the
person(s) whose name(s) is/are subscribed to the within instrument
and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon
behalf of which the person(s) acted, executed the instrument.

M. MOURADIAN
Commission # 1800524
Notary Public - California
Los Angeles County
My Comm. Expires Jun 27, 2012

I certify under PENALTY OF PERJURY under the laws of the State
of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature _M. M_____                          (Seal)
MAIL TAX STATEMENTS TO PARTY SHOWN BELOW, IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE:

A012-013   20

ORDER NO 110340157

LSI TITLE COMPANY (CA)

REFERENCE NO 1705228520



### PRELIMINARY REPORT - CALIFORNIA
### LEGAL DESCRIPTION

### EXHIBIT "~~ONE~~" A

PARCEL 1

THAT PORTION OF LOT 1, OF TRACT NO 28688, IN THE CITY OF MONTEBELLO, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 854 PAGE(S) 46 TO 49 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, SHOWN AND DEFINED AS UNIT 2 ON THE REVISED CONDOMINIUM PLAN RECORDED FEBRUARY 24, 1976 AS INSTRUMENT NO. 3652.

PARCEL 2

AN UNDIVIDED 1/55TH INTEREST IN AND TO LOT 1 OF SAID TRACT 28688.

EXCEPT THEREFROM, ALL THOSE PORTIONS SHOWN AND DEFINED AS UNITS 1 TO 55 INCLUSIVE ON SAID CONDOMINIUM PLAN

ALSO EXCEPT THEREFROM ALL MINERALS, GAS, OIL, PETROLEUM, NAPHTHA AND OTHER HYDROCARBON SUBSTANCES, IN AND UNDER SAID LAND LYING BELOW A DEPTH OF 500 FEET FROM THE SURFACE, WITHOUT HOWEVER THE RIGHT OF SURFACE ENTRY, AS RESERVED OR EXCEPTED IN A DEED RECORDED OCTOBER 31, 1969 AS INSTRUMENT NO 635 IN BOOK D4542 PAGE 530 OF OFFICIAL RECORDS

PARCEL 3.

AN UNDIVIDED 1/185TH INTEREST IN AND TO LOT 3 OF TRACT 28688, AS PER MAP RECORDED IN BOOK 854 PAGES 46 TO 49 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM ALL MINERALS, GAS, OIL, PETROLEUM, NAPHTHA AND OTHER HYDROCARBON SUBSTANCES, IN AND UNDER SAID LAND LYING BELOW A DEPTH OF 500 FEET FROM THE SURFACE, WITHOUT HOWEVER THE RIGHT OF SURFACE ENTRY, AS RESERVED OR EXCEPTED IN A DEED RECORDED OCTOBER 31, 1969 AS INSTRUMENT NO. 635 IN BOOK D4542 PAGE 530, OFFICIAL RECORDS

PARCEL 4

AN EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS AND USE OF PATIO 19, SAID EASEMENT IS FOR THE BENEFIT OF AND APPURTENANT TO PARCEL 1, 2 AND 3 ABOVE

PARCEL 5·

A NON-EXCLUSIVE EASEMENT FOR PRIVATE DRIVEWAY PURPOSES TOGETHER WITH THE RIGHT TO GRANT TO OTHER OVER THOSE PORTIONS SHOWN AND DESIGNATED AS PRIVATE DRIVEWAY PURPOSES UPON SAID MAP OF TRACT 28688 SAID EASEMENT IS FOR THE BENEFIT OF AND APPURTENANT TO PARCELS 1, 2 AND 3 ABOVE

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>Carolyn A. Dye, Chapter 7 Trustee | DEFENDANTS<br>Rafi Bederian, an individual |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>DUMAS & KIM, APC. 3435 Wilshire Blvd., Ste. 990<br>Los Angeles, CA 90010   TEL: 213)368-5000 | ATTORNEYS (If Known) |
| PARTY (Check One Box Only)<br>☐ Debtor    ☒ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☒ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint to Avoid and Recover Fraudulent Transfer
[11. U.S.C. §§ 544, 550]

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☒ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation
        (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ According to proof |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Seda Bederian | BANKRUPTCY CASE NO.<br>2:18-bk-24340-BB | |
| DISTRICT IN WHICH CASE IS PENDING<br>Central | DIVISION OFFICE<br>Los Angeles | NAME OF JUDGE<br>Honorable Sheri Bluebond |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br>6/26/2019 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Christian T. Kim | |

## INSTRUCTIONS

    The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

    A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

    The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.